```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION
```

COAST 2 COAST FINE ART SERVICES,  )
INC., and LAWRENCE A. KERNZ       )
                                  )
            Plaintiffs,           )
                                  )
      v.                          )      No. 4:07 CV 228 DDN
                                  )
THOMAS M. JEFFREY,                )
DEBRA A. JEFFREY, and             )
COAST 2 COAST FINE ART SERVICES   )
ARIZONA, INC.,                    )
                                  )
            Defendants.           )

## ORDER

**IT IS HEREBY ORDERED** that counsel shall appear for a hearing on pending motions on Tuesday, May 15, 2007, at 1:30 p.m., in Courtroom 17-North.

              /S/ David D. Noce
         **DAVID D. NOCE**
         **UNITED STATES MAGISTRATE JUDGE**

Signed on April 25, 2007.